Monday, June 12, 2017

No. 17–0363/AR. U.S. v. David Garman. CCA 20150164. In the above referenced cases, on consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.

No. 17–0285/AR. U.S. v. Gene N. Williams. CCA 20130582. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRONE-OUSLY FOUND THAT THE PROPENSITY INSTRUCTION GIVEN IN THIS CASE FALLS WITHIN AN EXCEPTION TO THE HOLDING IN *UNITED STATES v. HILLS*, 75 M.J. 350 (C.A.A.F. 2016).

Briefs will be filed under Rule 25.

No. 17–0364/AF. U.S. v. Tyler G. Eppes. CCA 38881. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

> I. WHETHER THE SEARCH OF APPELLANT'S PERSONAL BAGS EX-CEEDED THE SCOPE OF THE SEARCH AUTHORIZATION WHERE THE AGENT REQUESTED AUTHORITY TO SEARCH APPELLANT'S PERSON, PERSONAL BAGS, AND AUTOMOBILE, BUT THE MILI-TARY MAGISTRATE AUTHORIZED ONLY THE SEARCH OF APPEL-LANT'S PERSON AND AUTOMOBILE AND DID NOT AUTHORIZE THE SEARCH OF APPELLANT'S PERSONAL BAGS.

II. WHETHER APPELLANT'S RIGHT TO FREEDOM FROM UNREA-
SONABLE SEARCH AND SEIZURE UNDER THE FOURTH AMEND-
MENT WAS VIOLATED WHEN THERE WAS NO PROBABLE CAUSE
FOR THE 7 DECEMBER 2012 WARRANT.

Briefs will be filed under Rule 25.

Wednesday, June 14, 2017

No. 17–0049/MC. U.S. v. Tanner J. Forrester. CCA 201500295. On consideration
of the motion filed by Major Benjamin A. Robles to withdraw as appellate defense
attorney, it appears that the Judge Advocate General has assigned another counsel